ACCEPTED
14-15-00214-CV
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
3/30/2015 11:59:23 AM
CHRISTOPHER PRINI
CLERK

NO. 14-15-00214-CV

IN THE COURT OF APPEALS FOR THE
FOURTEENTH SUPREME JUDICIAL DISTRICT OF TEXAS
HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/30/2015 11:59:23 AM
CHRISTOPHER A. PRINE
Clerk

ROBIN WILSON,
Appellants

v.

OAKS OF WOODFOREST D/B/A PINES OF WOODFOREST,
Appellee

*On appeal from the County Civil Court at Law No. One (1)
of Harris County, Texas*

## APPELLEE'S NOTICE OF DESIGNATION OF LEAD COUNSEL

PLEASE TAKE NOTICE that Appellee, Oaks of Woodforest d/b/a Pines of Woodforest, hereby designate Caroline H. Russe of the law firm of Hoover Slovacek LLP as lead counsel for Appellee in connection with the appeal of the above cause of action in lieu of Jeremy D. Baker, formerly of the law firm of Hoover Slovacek LLP.

102276-00399 CHR 3/30/2015 00953908.WPD 1

The new lead counsel for Appellee in the above-captioned appeal is as follows:

Caroline H. Russe
State Bar No. 24087745
**Hoover Slovacek LLP**
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, Texas 77056
713-977-8686 Telephone
713-977-5395 Facsimile

Respectfully submitted,

**HOOVER SLOVACEK LLP**


By:/s/ Caroline H. Russe

    Caroline H. Russe
    State Bar No. 24087745
    5051 Westheimer, Suite 1200
    Houston, Texas 7706
    713-977-8686 Telephone
    713-977-5395 Facsimile
**ATTORNEYS FOR APPELLEE**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of March, 2015, a true and correct copy of the foregoing Appellee's Notice of Designation of Lead Counsel was served via certified mail, return receipt requested, addressed as follows:

David J. Sadegh
Alvear & Sadegh, P.C.
10203 Birchridge Drive, Suite 300
Humble, Texas 77338
Via Facsimile: 832.644.6236
and Email: djsadegh@sadeghlaw.com

/s/ Caroline H. Russe
Caroline H. Russe